NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>VISION QUEST, INCORPORATED, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-05197-FWS-PD<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE PURSUANT TO 41(A)(1)(A)(II) AND THE PARTIES' SETTLEMENT AGREEMENT [90]** |

///

///

///

1 | Having reviewed and considered the Parties' Stipulation to Dismiss Case pursuant
2 | to 41(a)(1)(A)(ii) and the Parties' Settlement Agreement [90] (the "Stipulation"), and good
3 | cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

5 | The above-caption case is **DISMISSED WITH PREJUDICE**, with each party to
6 | bear its own costs.

8 | **IT IS SO ORDERED**.

11 | DATED: September 20, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE